UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROOSEVELT HANNAH,

        Petitioner,

-vs-                                      Case No.  8:04-cv-1072-T-24EAJ

JAMES V. CROSBY,

        Respondent.
_____/

**ORDER**

The Court denied Petitioner Roosevelt Hannah's 28 U.S.C. §2254 petition for writ of habeas corpus. Hannah has filed an application for certificate of appealability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.  Accordingly, the Court orders:

That Hannah's application for certificate of appealability (Doc. No. 16) is denied.

ORDERED at Tampa, Florida, on November 7, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Counsel of Record
Roosevelt Hannah

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).